Page 1

James 4 Payne
V. Et Al
Deputy Broadworth
Case No
2:22-cv-12574

3

James U Payne
Plaintiff

V.     Case No. 2:22-cv-12574-MAG-KGA
       Hon. Mark A. Goldsmith

Broadworth Et Al
   Defendant's

FILED
JAN 1 8 2023
CLERK'S OFFICE
DETROIT

Request Clerk Entry default
Motion

I'm asking the Eastern District Federal Court's of Michigan for a request clerk entry default against Townley due to failure to respond to the summons and complaint in 21 day's which his time was due by Jan 6th 2023 from Dec 16th 2022 which is the day Townley sign on Dec 16th 2022.

Date: 1·11·2023
Name: James U Payne



United States District Court
Office of the Clerk
231 W. Lafayette
5th floor
Detroit, MI 48226

Damaseo Payne
213 E. Robinson st.
Jackson, MI 49203