James U Payne
Plaintiff

V.                      Case No. 2:22-cv-12574-MAG-KGA
                        Hon. Mark A. Goldsmith

Broadworth Et Al
Defendant's

FILED
JAN 18 2023
CLERK'S OFFICE
DETROIT

## Request Clerk Entry default Motion

I'm asking the Eastern District Federal Court's of Michigan for a request clerk Entry default against Serbantez due to failure to respond to the summons and complaint in 21 day's which his time was due by Jan 6th 2023 from Dec 16th 2022 which is the day Serbantez sign on Dec 16th 2022.

Date: 1·11·2023
Name: James U Payne



United States District Court
Office of the Clerk
231 W. Lafayette
5th floor
Detroit, Mi 48226