Page 1

James V Etal
Deputy Broadworth
Case no
2:22-cv-12574

James U Payne
Plaintiff

3

v.

Case No. 2:22-cv-12574-MAG-KGA
Hon. Mark A. Goldsmith

Broadworth Et Al
Defendant's

**FILED**
JAN 1 8 2023
CLERK'S OFFICE
DETROIT

## Request Clerk Entry default Motion

I'm asking the Eastern District Federal Court's of Michigan for a request clerk entry default against Silveus due to failure to respond to the summons and complaint in 21 day's which his time was due by Jan 6th 2023 from Dec 16th 2022 which is the day Silveus sign on Dec 16th 2022.

Date: 1·11·2023
Name: James U Payne



United States District Court
Office of the Clerk
231 W. Lafayette
5th floor
Detroit, MI 48336