James U. V. EtAl
Deputy Breadwor
Case No.
2:22-cv-1257

James U Payne
          Plaintiff

V.                              Case No. 2:22-cv-12574-MAG-KGA
                                Hon. Mark A. Goldsmith

Broadworth EtAl
          Defendant's

F I L E D

JAN 1 8 2023

CLERK'S OFFICE
DETROIT

Request Clerk Entry default
          Motion

I'm asking the Eastern District Federal
Court's of Michigan for a request clerk
Entry default against T. Anderson due to
failure to respond to the summons and
complaint in 21 day's which her time was
due by Jan 6th 2023 from Dec 16th 2022
which is the day T. Anderson sign on Dec
16th 2022.

Date: 1·11·2023
Name: James U Payne



United States District Court
Office of the Clerk
231 W. Lafayette
5th floor
Detroit, Mi 48836



U.S. POSTAGE
$1.44
PCMF: ROC 99
CHI: 48226
01/11/23
CPU