UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

James U. Payne,

              Plaintiff(s),

v.                                                                          Case No. 2:22−cv−12574−MAG−KGA
                                                                                     Hon. Mark A. Goldsmith

Broadworth, et al.,

              Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  T. Anderson, Broadworth, Silveus, Townley

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/ S Krause
                                              Deputy Clerk

Dated:   January 18, 2023