UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

James U. Payne,

          Plaintiff(s),

v.

Broadworth, et al.,

          Defendant(s).

Case No. 2:22−cv−12574−MAG−KGA
Hon. Mark A. Goldsmith

**NOTICE OF DENIAL OF REQUEST FOR CLERK'S ENTRY OF DEFAULT**

A Clerk's Entry of Default as to Serbantez has been requested pursuant to Fed. R. Civ. P. 55(a). The Clerk's Entry of Default will not be entered for the following reason(s):

- Date of Service not specified. Green card not dated.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ S Krause
Deputy Clerk

Dated: January 18, 2023